```
1  David J. Linden
   Attorney at Law
2  CSBN 41221
   Post Office Box 5780
3  Napa, CA 94581-0780
   Tel. (707) 252-7007
4  Fax. (707) 252-7883
   David@Lindenlaw.net
5
   Attorney for Plaintiff
6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11
                                    ) Case No.: 4:10-CV-04313 SBA
12 CHRISTINE CUNNINGHAM,             )
                                    ) STIPULATION AND ORDER FOR
13       Plaintiff,                  ) EXTENSION
                                    )
14    vs.                            )
                                    )
15                                   )
   MICHAEL J. ASTRUE, Commissioner )
16    of Social Security,            )
                                    )
17       Defendant.                  )
```

18

19      IT IS HEREBY STIPULATED by the undersigned for the

20 respective parties, subject to the approval of the Court, that

21 Plaintiff shall have a 40-day extension of time, up to and

22 including March 8, 2011, in which to file Plaintiff's Motion for

23 Summary Judgment. This extension is requested because of the

24 workload of Plaintiff's attorneys.

25

Cunningham v. Astrue Stipulation and Order, 4:10-cv-04313 SBA                Page 1

```
      Respectfully submitted,


Date:  January 21, 2011        /s/ David J. Linden
                                 DAVID J. LINDEN
                                 Attorney for Plaintiff



                                 MELINDA L. HAAG
                                 United States Attorney


Date:  January 21, 2011   By    /s/ Shea Lita Bond
                                [authorized via electronic mail on 01/20/2011]
                                   SHEA LITA BOND
                                   Special Assistant US Attorney
```

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall have up to and including March 8, 2011, to submit her Motion for Summary Judgment.

DATED:  1/31/11                   _Saundra B Armstrong_
                                  SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE