```
1  David J. Linden
   Attorney at Law
2  CSBN 41221
   Post Office Box 5780
3  Napa, CA 94581-0780
   Tel. (707) 252-7007
4  Fax. (707) 252-7883
   David@Lindenlaw.net
5
   Attorney for Plaintiff
6

7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND DIVISION

12
                                    ) Case No.: 4:10-cv-4313 SBA
13 CHRISTINE CUNNINGHAM,            )
                                    ) STIPULATION AND ORDER FOR
14         Plaintiff,               ) EXTENSION
                                    )
15     vs.                          )
                                    )
16                                  )
   MICHAEL J. ASTRUE, Commissioner  )
17     of Social Security,          )
                                    )
18         Defendant.               )

19

20     IT IS HEREBY STIPULATED by the undersigned for the

21 respective parties, subject to the approval of the Court, that

22 Plaintiff shall have a 30-day extension of time, up to and

23 including May 9, 2011, in which to file Plaintiff's Reply to

24 Defendant's Cross-Motion for Summary Judgment and in Opposition

25
```

to Plaintiff's Motion for Summary Judgment.  This extension is requested because of the workload of Plaintiff's attorneys.

Respectfully submitted,

Date:  March 31, 2011           /s/ David J. Linden
                                  DAVID J. LINDEN
                                  Attorney for Plaintiff


                                MELINDA L. HAAG
                                United States Attorney

Date:  March 31, 2011       By   /s/ Shea Lita Bond
                                [authorized via electronic mail on 03/30/2011]
                                  SHEA LITA BOND
                                  Special Assistant US Attorney


PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall have up to and including May 9, 2011, to submit her Reply to Defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

DATED:   4/1/11                      *Saundra B Armstrong*
                                  SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE