UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CUNNINGHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant.<br>_____/ | No. C 10-4313 SBA<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge.

Accordingly, the parties are hereby DIRECTED to advise the court, no later than **July 11, 2014**, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. Normally the parties would be directed to so inform the court in their Joint Case Management Statement filed in connection with the initial case management conference. However, because this case involves a review of an administrative record, a case management conference has not been scheduled. The parties are advised that they may jointly request assignment to a specific magistrate judge. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Dated: 6/27/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge